CHRISTOPHER W. OLMSTED (SBN 173771)
BARKER OLMSTED & BARNIER, APLC.
3550 Camino del Rio N, Suite 303
San Diego, CA 92108
Tel: (619) 682-4040
Fax: (619) 220-7056

Attorneys for LDG CONVOY STREET, LLC

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 WEST "F" STREET, SAN DIEGO, CA 92101-6991

| In Re | BANKRUPTCY NO. 13-06509-CL11 |
|---|---|
| **LDG CONVOY STREET, LLC,** | **NOTICE OF RELATED CASE** |
| Debtor and Debtor in Possession. | |

TO THE UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that on June 26, 2013, LDG CONVOY STREET, LLC debtor and debtor in possession (the "Debtor") filed a voluntary Chapter 11 bankruptcy petition.

At the time of the filing of the petition, the Debtor inadvertently did not provide the court with information regarding a related case. The related case information is as follows:

Debtor: LDG Midway Plaza, LLC

Case Number: 11-14549-11

Filing Date: 08/31/2011

Assigned Judge: Laura Taylor

Both the Debtor and LDG Midway, LLC are limited liability companies, which are wholly owned by Matthew DiNofia, who serves as the managing member of both entities.

Dated: July 11, 2013                    BARKER OLMSTED & BARNIER, APLC

/s/ Christopher W. Olmsted
Christopher W. Olmsted, Esq.
Attorneys for Debtor LDG CONVOY STREET, LLC

1