Christopher W. Olmsted, Esq. (SBN 173771)
BARKER OLMSTED & BARNIER, APLC.
3550 Camino del Rio North, Suite 303
San Diego, California  92108
Tel.:  619.682.4040
Fax:  619.220.7050

Attorneys for Debtor LDG Convoy Street, LLC

## UNITED STATES BANKRUPTCY COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO. 13-06509-CL11 |
| | Chapter 11 |
| LDG Convoy Street, LLC | |
| | **PROOF OF SERVICE** |
| Debtor. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is BARKER, OLMTSED & BARNIER, APLC, 3550 Camino del Rio North, Suite 303, San Diego, California  92108.  On July 12, 2013, I served the within documents:

### 1. NOTICE OF RELATED CASE

[☐]  **BY FACSIMILE** based upon court order or an agreement of the parties to accept service by facsimile, by transmitting via facsimile number 619.220.7050 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.  No error was reported by the fax machine utilized.  *[A copy of the transmission confirmation report is attached hereto.]*

[☒]  **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with posted thereon fully prepaid, in the United States mail at San Diego, California  addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date for deposit for mailing an affidavit.

[☐]  **BY OVERNIGHT DELIVERY** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California addressed as set forth below.  I am readily familiar with the practice of this firm for collection and processing of correspondences for processing by overnight mail.  Pursuant to this practice, correspondence will be deposited in the overnight box located at 3550 Camino del Rio North, Suite 303, San Diego, California  92108 the ordinary course of

1

1    business on the date of this declaration.

2    Edco Disposal Corporation
     6670 Federal Boulevard
3    Lemon Grove, CA 91945

4    City of San Diego
     Public Utilities Department
5    P.O. Box 129020
     San Diego, CA 92112
6
     Travelers Insurance
7    Vandorsale Insurance Services
     6165 Greenwich Drive, #200
8    San Diego, CA 92122

9    Golden Eagle Insurance
     P.O. Box 85834
10   San Diego, CA 92186-5834

11   Dan McAllister County Treasurer
     Tax Collector
12   1600 Pacific Highway, Room 162
     San Diego, CA 92191
13
     SDG&E
14   P.O. Box 25111
     Santa Ana, CA 92799-5111
15
     The Home Depot
16   P.O. Box 790345
     St. Louis, MO 63179-0345
17
     Perez & Hawes, LLP
18   Eric Everett Hawes, Esq.
     21300 Victory Boulevard, #820
19   Woodland Hills, CA 91367

20   Ahlee Backflow Service
     9920 Prospect Avenue, $104
21   Santee, CA 92071

22   Maria Pum, Esq.
     Henderson Caverly Pum & Charney, LLP
23   12750 High bluff Drive, Suite 300
     San Diego, CA 92130
24
     Office of the United States Trustee
25   402 West Broadway, Suite 600
     San Diego, CA 92101
26

27

28

2

1    [☐]  **BY PERSONAL SERVICE** by personally delivering the document(s) listed above to the
2    person(s) at the address(es) listed below:  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served,
3    with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening; or (2) For a party, delivery was made to the party or
4    by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

5

6    [☐]  *(Federal)* **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or
7    counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

8

9    [☒]  *(Federal)* I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10  Executed on July 12, 2013, at San Diego, California

11

12  Jennifer M. Bunyan

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3